IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBI ROUSSEAU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3128 |
| | ) | |
| v. | ) | |
| | ) | |
| THERMO KING CORPORATION, | ) | ORDER |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion for leave to file motion to dismiss out of time (Filing No. 4). The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until July 8, 2009, to file its motion in the above matter.

DATED this 2nd day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court